IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLENMARK GENERICS INC., USA <br><br> Defendant. | C.A. No. 15-178-GMS |

**AFFIDAVIT OF SERVICE OF**
**SUMMONS AND COMPLAINT**

STATE OF DELAWARE        )
                         )   SS:
COUNTY OF NEW CASTLE     )

Stephen B. Brauerman, Esquire deposes and states:

1. I am a member in good standing of the Bar of the State of Delaware, and a director at Bayard P.A., Delaware counsel for plaintiff Cephalon, Inc. ("Plaintiff") in this action.

2. On March 9, 2015, I caused a true and correct copy of the original summons and complaint in this action to be served upon defendant Glenmark Generics Inc., USA ("Defendant") by Certified Mail, Article No. 7014 0510 0000 3893 4609, at the following address:

Glenmark Generics Inc., USA
750 Corporate Drive
Mahwah, NJ 07430.

3. Upon mailing the summons and complaint, I received a return receipt indicating that on March 12, 2015, Defendant signed for the Certified Mail. Copies of the original postal receipt and original return receipt are attached as Exhibit A.

                                                Stephen B. Brauerman (#4952)

SWORN TO AND SUBSCRIBED before me this 16th day of March, 2015.

_Tiffany Nicole Matthews_
Notary Public

TIFFANY NICOLE MATTHEWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 27, 2016