# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.85 |

Postmark Here 9

Sent To  Glenmark Generics Inc., USA
Street, Apt. No.; or PO Box No.  750 Corporate Drive
City, State, ZIP+4  Mahwah, NJ 07430

7014 0510 0000 3893 4609

PS Form 3800, August 2006                    See Reverse for instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Glenmark Generics Inc., USA
750 Corporate Drive
Mahwah, NJ 07430

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  Matthew Balyn  C. Date of Delivery  03-12-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

MAR 12 2015  ANNEX

3. Service Type
☐ Certified Mail®   ☒ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*   7014 0510 0000 3893 4609

PS Form 3811, July 2013                    Domestic Return Receipt